# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mengzhao TU,<br><br>Plaintiff<br><br>vs.<br><br>David Radel, et al.<br><br>Defendants | Case No.: 2:24-CV-09578-AH-JCx<br><br>**ORDER RE: NOTICE OF VOLUNTARY DISMISSAL AND ORDER (FED. R. CIV. P 41(A)(1)(A))** [27] JS-6<br><br>Honorable Anne Hwang<br>United States District Judge |

## ORDER

In consideration of Plaintiff's Notice of Voluntary Dismissal, Plaintiff Mengzhao Tu's complaint is hereby DISMISSED in its entirety under Federal Rule of Civil Procedure 41(a)(1)(A). The parties shall bear their own attorneys' fees, expenses, and costs, and the Clerk of the court is directed to close this case.

IT IS SO ORDERED.

Dated: SEPTEMBER 15, 2026

Honorable Anna Hwang
United States District Judge